## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ADONAI YOCHEVED,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV 13-287-FHS |
| | ) | |
| **SASHA YOCHEVED,** | ) | |
| | ) | |
| Defendant. | ) | |

### OPINION AND ORDER
### DENYING MOTION FOR APPOINTMENT OF COUNSEL

The court has treated the pleading filed on July 31, 2013, as a motion requesting the court to appoint counsel [Docket No. 6]. Plaintiff bears the burden of convincing the court that her claim has sufficient merit to warrant appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The court has carefully reviewed the merits of plaintiff's claims, the nature of factual issues raised in her allegations, and her ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering plaintiff's ability to present her claims and the complexity of the legal issues raised by the claims, the court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995). ACCORDINGLY, plaintiff's motion [Docket No.6] is DENIED.

**IT IS SO ORDERED** this 23rd day of August 2013.

Ronald A. White
United States District Judge
Eastern District of Oklahoma